# SETH GINSBERG
ATTORNEY AT LAW

August 3, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/12
```

Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Anna Ter-Martirosyan*, **10-cr-895 (PGG)**

Dear Judge Gardephe:

    I respectfully request that the Court reschedule the sentencing of Anna Ter-Martirosyan, which is currently set for August 8, 2012. The reason for the requested adjournment is to provide sufficient time for me to review with my client the Presentence Report, which I received on July 27, 2012, and to prepare a written submission for the Court. The government has no objection to this request.

    Based upon discussions with a member of the Court's staff regarding the Court's calendar, we respectfully request that your Honor schedule sentencing for October 17, 2012 at 2:30pm. We thank the Court in advance for its consideration of this request.

Respectfully,

Seth Ginsberg

cc:   A.U.S.A. Jennifer Burns (via email)
      A.U.S.A. Harris Fischman (via email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: August 13, 2012

5 HANOVER SQUARE, SUITE 500, NEW YORK, NEW YORK 10004   TELEPHONE 212.537.9202   FAX 646.607.8597   SRGINSBERG@MAC.COM